# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

March 19, 2026

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 25-50891    Book People v. Morath
                    USDC No. 1:23-CV-858

The court has granted an extension of time to and including May 13, 2026 for filing appellee's/respondent's brief in this case.

                    Sincerely,

                    LYLE W. CAYCE, Clerk

                    By: _____
                    Eyonka M. Falls, Deputy Clerk
                    504-310-7670

Mr. Zachary Berg
Mr. William Francis Cole
Mr. Philip Devlin
Mr. Cameron Fraser
Mr. Daniel Luke Geyser
Mr. Michael Lambert
Mr. William R. Peterson
Mr. William Reid Pillifant
Mr. Nathaniel Anson Plemons
Ms. Laura Lee Prather
Ms. Catherine Lewis Robb