# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

May 26, 2026

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 25-50891   Book People v. Morath
                  USDC No. 1:23-CV-858

The court has granted an extension of time to and including June 24, 2026 for filing a reply brief in this case.


                    Sincerely,

                    LYLE W. CAYCE, Clerk

                    By: _____
                    Casey A. Sullivan, Deputy Clerk
                    504-310-7642


Mr. Zachary Berg
Mr. William Francis Cole
Mr. Cameron Fraser
Mr. Daniel Luke Geyser
Mr. James A. Hemphill
Mr. Peter Drew Kennedy
Mr. Michael Lambert
Mr. Thomas S. Leatherbury
Mr. JT Morris
Mr. William R. Peterson
Mr. William Reid Pillifant
Mr. Nathaniel Anson Plemons
Ms. Laura Lee Prather
Ms. Catherine Lewis Robb
Mr. Stuart Sarnoff
Mr. Peter Steffensen