# HAYNES BOONE



Direct Phone Number +1 512-867-8476
laura.prather@haynesboone.com

June 24, 2026                                                                 *Via E-file*

Clerk, United States Court of Appeals
for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA  70130

**Re:**    **Case No. 25-50891;** *Book People, Inc.; VBK, Inc., d/b/a Blue Willow Bookshop;*
*American Booksellers Association; Association of American Publishers; Authors*
*Guild, Inc.; and Comic Book Legal Defense Fund v. Mike Morath, in his official*
*capacity as the Commissioner of the Texas Education Agency*

Dear Clerk of the Court:

The parties have requested oral argument in the above-referenced matter. Should that request be
granted, I respectfully request that oral argument not be scheduled during the following period:
September 21, 2026 through October 9, 2026, as I will be out of the country at several speaking
engagements.

Thank you for your time and consideration of this matter.

Sincerely,

Laura Lee Prather
Partner
Direct Phone Number +1 512-867-8476
Direct Fax Number: (512) 867-8611
laura.prather@haynesboone.com

cc:    William R. Peterson
       Office of the Attorney General
       P.O. Box 12548 (MC 059)
       Austin, Texas 78711-2548
       512.936.1700