KEN PAXTON
ATTORNEY GENERAL OF TEXAS

William R. Peterson
Solicitor General

(512) 936-2834
William.Peterson@oag.texas.gov

August 20, 2026

**Via CM/ECF**

Lyle W. Cayce, Clerk
United States Court of Appeals for the Fifth Circuit
600 Maestri Place
New Orleans, LA 70130

**Re: No. 25-50891, *Book People v. Morath***

Dear Mr. Cayce:

The parties have requested oral argument in this appeal. I am scheduled to present oral argument in *Guerrero v. Johnson*, No. 25-1003, in the Supreme Court of the United States on November 4, 2026, and would respectfully request that this Court not schedule oral argument of this matter during its sitting from November 2 through 5, 2026.

Respectfully submitted,

/s/ William R. Peterson

William R. Peterson
Solicitor General

cc: all counsel of record (via CM/ECF)